558

 Submitted February 17, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.'

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

MONTEMURO, J., concurred in the result.

448 A.2d 1153

Commonwealth v. Wagner, Appellant.

 Argued April 14, 1981. W. Richard Cowell, for appellant; Barbara Mallett, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.*

Judgment of sentence affirmed.

448 A.2d 1154

Cross v. Cross, Appellant.

---

* SHERTZ, J., did not participate in the consideration or decision of this case.

 Submitted
February 8, 1982. Donald W. Grieshober, for appellant;
Robert J. Kelleher, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

BROSKY, J., concurred in the result.

448 A.2d 1154

Finley, Appellant v. Hughes and City of Philadelphia.

Appeal of City of Philadelphia.

Hughes, et al., Appellants v. Finley et al.

Submitted September 13, 1979. Barry J. Grossman, Assist-
ant City Solicitor, for City of Phila., appellant (at Nos. 347
and 348) and appellee (at Nos. 351 and 352); Johathan D.
Herbst, for Finley, appellant (at Nos. 351 and 352) and
appellee (at Nos. 347, 348 and 408); Sidney I. Leabman, for
Hughes, et al., appellants (at No. 408) and for Hughes,
appellee (at Nos. 347, 348, 351 and 352).

Before CERCONE, P. J., WATKINS and LIPEZ, JJ.

Judgment and orders affirmed.